NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JORGE E. ROQUE,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7091

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2477, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

## O R D E R

Jorge E. Roque moves for a 60-day extension of time, until February 11, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JORGE ROQUE v. SHINSEKI                                           2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27